United States District Court
Southern District of Texas
**ENTERED**
January 24, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON

| | | |
|---|---|---|
| Linda Jezek<br>　　Plaintiff, | §<br>§<br>§<br>§ | CIVIL ACTION NO.<br>4:18–cv–03855 |
| vs. | §<br>§<br>§ | JUDGE CHARLES ESKRIDGE |
| Liberty Mutual Fire Insurance Company<br>　　Defendant. | §<br>§<br>§ | |

ORDER SETTING CONFERENCE

　　This case is set for a scheduling conference on April 9, 2020, at 09:30 AM, in Courtroom 8B, 8th Floor, 515 Rusk, Houston, Texas.

　　Refer to Section 9 of the Court's procedures. As referenced there, also review the Court's preferred form for a Joint Discovery/Case Management Plan and a proposed Scheduling and Docket Control Order.

　　The parties are ordered to complete and file a Joint Discovery/Case Management Plan and a proposed Scheduling and Docket Control Order by April 2, 2020.

　　Signed on January 24, 2020, at Houston, Texas.



Charles Eskridge
United States District Judge