United States District Court
Southern District of Texas
**ENTERED**
April 02, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LINDA JEZEK, | § | CIVIL ACTION NO. |
| Plaintiff, | § | 4:18-cv-03855 |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| LIBERTY MUTUAL | § | |
| FIRE INSURANCE CO, | § | |
| Defendant. | § | |

## ORDER

The Court CANCELS the Status Conference currently set for April 9, 2020.

The prior Scheduling and Docket Control Order set a docket call date of March 17, 2020. This date has now passed. The prior order also did not require mediation.

The Court ORDERS mediation to occur by May 15, 2020.

The Court does not intend for any party or counsel to act contrary to official guidance or precautions regarding the COVID-19 virus, including with respect to travel or appearance for any hearing or litigation-related matter. As such, mediation may be accomplished by video or teleconference if desired.

The parties are ORDERED to submit a joint status report on the outcome of mediation by May 22, 2020. The parties should address the need for and schedule of trial or any other relief.

Given current circumstances, the parties may freely seek leave to extend these deadlines as necessary. The Court encourages cooperation and a spirit of good faith in this regard.

SO ORDERED.

Signed on April 2, 2020, at Houston, Texas.

*[signature: Chas R Eskridge II]*
Hon. Charles Eskridge
United States District Judge