UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**LINDA JEZEK,**  CIVIL ACTION NO.: 4:18-CV-03855
    **PLAINTIFF,**

v.

**LIBERTY MUTUAL FIRE
INSURANCE COMPANY,**
    **DEFENDANT.**

### AGREED MOTION TO REFER MEDIATION TO MAGISTRATE JUDGE ANDREW M. EDISON

NOW into COURT come Plaintiff, Linda Jezek, and Defendant, Liberty Mutual Fire Insurance Company, appearing in its capacity as a Write-Your-Own ("WYO") Program insurance carrier participating in the U.S. Government's National Flood Insurance Program ("NFIP") pursuant to the National Flood Insurance Act of 1968 ("NFIA"), as amended,[1] in its "fiduciary"[2] capacity as the "fiscal agent of the United States,"[3] at the expense of the United States Government, and respectfully request this Honorable Court consider the parties' Agreed Motion to Refer Mediation to Magistrate Judge Andrew M. Edison. Mediation is scheduled with Magistrate Judge Andrew M. Edison on May 7, 2020 via Zoom video conference.

WHEREFORE, Plaintiff, Linda Jezek, and Defendant, Liberty Mutual Fire Insurance Company, pray this Court grant the parties Agreed Motion and refer to above-captioned suit to Magistrate Judge Andrew M. Edison for Mediation as requested.

Dated: April 22, 2020.

---

[1] *See,* 42 U.S.C. §4001 *et seq.*
[2] 44 C.F.R. §62.23(f).
[3] 42 U.S.C. §4071(a)(1); *Sanz v. U.S. Security Ins. Co.*, 328 F.3d 1314, 1315 (11th Cir. 2003); *Gowland v. Aetna Cas. & Surety Co.*, 143 F.3d 951, 9'53 (5th Cir. 1998)

Respectfully Submitted:

**NIELSEN & TREAS, LLC**

By: */s/Benjamin R. McDonald*
    Benjamin R. McDonald
    USDC SDTX #3308675
    LA State Bar #36904
    3838 North Causeway Boulevard, Suite 2850
    Metairie, Louisiana 70002
    P: 504-837-2500; F: 504-832-9165
    Email: bmcdonald@nt-lawfirm.com

**AND**

    **BAKER & HOSTETLER, LLP**
    Douglas D. D'Arche, State Bar No. 00793582
    Bradley K. Jones, State Bar No. 24060041
    811 Main St., Suite 1100
    Houston, Texas 77002
    P: (713) 751-1600; F: (713) 751-1717
    E-mail: ddarche@bakerlaw.com
    E-mail: bkjones@bakerlaw.com

**COUNSEL FOR DEFENDANT, LIBERTY MUTUAL FIRE INSURANCE COMPANY**

  **AND**

    */s/ Shane McClelland*
    Shane McClelland
    The Law Offices of Shane McClelland
    440 Cobia Drive, Suite 101
    Katy, Texas 77494
    P: 713-987-9107
    Email: Shane@hmtrial.com

**COUNSEL FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing was served upon all counsel of record via CM/ECF System this 22nd day of April, 2020.

Shane McClelland
The Law Offices of Shane McClelland
440 Cobia Drive, Suite 101
Katy, Texas 77494
*Counsel for Plaintiff*

Martin Bienstock
Weisbrod Matteis & Copley PLLC
1200 New Hampshire Avenue NW, Suite 600
Washington, DC 20036
*Counsel for Plaintiff*

> */s/Benjamin R. McDonald*
> Benjamin R. McDonald